UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ALLIED TRAILER COMPANY, a California corporation; BARSOTTI FAMILY LLC, a California Limited Liability Corporation; and DOES 1-10,<br><br>    Defendants. | No.  2:13-cv-1544-WBS-EFB<br><br>ORDER RE SETTLEMENT & DISPOSITION |

Pursuant to the representations of counsel for plaintiff, the above-captioned case has settled.

The court now orders that dispositional documents are to be filed not later than forty-five (45) days from the date of this order.

All hearing dates set in this matter are VACATED.

<u>FAILURE TO COMPLY WITH THIS ORDER MAY BE GROUNDS FOR THE IMPOSITION OF SANCTIONS ON ANY AND ALL COUNSEL OR PARTIES WHO CONTRIBUTED TO THE VIOLATION OF THIS ORDER</u>.

IT IS SO ORDERED.

DATED:  February 27, 2014.

                          EDMUND F. BRENNAN
                          UNITED STATES MAGISTRATE JUDGE