UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Allied Trailer Supply**, a California Corporation; <br> **Barsotti Family LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants | Case No.: 2:13-CV-01544-WBS-EFB <br><br> **REQUEST FOR TELEPHONIC APPEARANCE & ORDER THEREON** |

### ORDER

Having read the foregoing request by plaintiff's counsel, the Court hereby grants the request to appear telephonically at the April 7, 2014 Motion for Attorney's Fees. The courtroom deputy shall email counsel with instructions on how to participate in the telephonic conference call.

IT IS SO ORDERED.

Dated: March 7, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE