CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA  95650
Telephone: 916-660-9401
Facsimile: 916-660-9378
Email:  ccvaughan@sbcglobal.net

Attorneys for Defendants, Allied Trailer Supply, a California Corporation; Barsotti Family LLC, a California Limited Liability Company

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Allied Trailer Supply, a California Corporation; Barsotti Family LLC, a California Limited Liability Company; and Does 1 - 10,<br><br>　　　　Defendants. | Case No. 2:13-cv-01544-WBS-EFB<br><br>**REQUEST FOR TELEPHONIC APPEARANCE & [PROPOSED] ORDER** |

　　　　Defendants respectfully request the Court's permission to appear telephonically at the upcoming April 7, 2014 Motion for Attorney's fees.  Defendants' counsel is available via telephone at 916-660-9401.

Dated:  April 1, 2014　　　　　　　　　VAUGHAN & ASSOCIATES


　　　　　　　　　　　　　　　　　　　By:     /s/ Cris C. Vaughan        
　　　　　　　　　　　　　　　　　　　　　CRIS C. VAUGHAN
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants, Allied Trailer Supply and Barsotti Family LLC

-1-

*Request for Telephonic Appearance*　　　　　　　　　　2:13-cv-01544-WBS-EFB

**ORDER**

Having considered the request by Defendants' counsel, the Court hereby grants the request to appear telephonically at the April 7, 2014 Motion for Attorney's fees. The courtroom deputy shall email counsel with instructions on how to participate in the telephonic conference call.

IT IS SO ORDERED

Dated: April 2, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE